UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE ROTH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. C12-2189-RSM-MAT <br><br> REPORT AND RECOMMENDATION |

Plaintiff filed a request to proceed *in forma pauperis* (IFP) in this Social Security case (Dkt. 1). A review of plaintiff's financial situation, however, shows that she has adequate funds to cover the $350.00 filing fee. The Court therefore recommends that plaintiff's IFP application be denied, and plaintiff be directed to either pay the filing fee within 20 days or face dismissal of claim without prejudice.

DATED this 3rd day of January, 2012.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -1