UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE ROTH,<br><br>               Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>               Defendant. | CASE NO. C12-2189RSM<br><br>ORDER ON REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler and the balance of the file, does now find and ORDER:

(1) The Report and Recommendation (Dkt. # 3) is approved and adopted;

(2) Plaintiff's application to proceed *in forma pauperis* is DENIED;

(3) As plaintiff has now paid the filing fee, the complaint shall be filed; and

(4) The Clerk shall direct copies of this Order to counsel of record and to Judge Theiler.

Dated: January 16, 2013.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1